1  KRONENBERGER BURGOYNE, LLP
2  Karl S. Kronenberger (Cal. Bar No. 226112)
   Jeffrey M. Rosenfeld (Cal. Bar No. 222187)
3  150 Post Street, Suite 520
   San Francisco, CA 94108
4  Telephone: (415) 955-1155
   Facsimile:  (415) 955-1158
5  karl@KBInternetLaw.com
   jeff@KBInternetLaw.com
6
7  Attorneys for Plaintiff
   ARMEN HOVHANNISYAN
8

9              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
10

11

12 | ARMEN HOVHANNISYAN, an individual,     Case No. 09-1700 CRB
13 |         Plaintiff,
14 |    vs.                                  STIPULATION AND ORDER TO
                                             DISMISS DUSTIN ZAHRT
15 | DUSTIN ZAHRT, an individual, and
     DOES 1-10,
16 |
17 |         Defendants.

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF ARMEN HOVHANNISYAN AND DEFENDANT DUSTIN ZAHRT ("Parties"), by and through their counsel of record, hereby stipulate as follows:

1. That the above-captioned action and all claims against Dustin Zahrt are dismissed with prejudice; and
2. That the Court maintain jurisdiction over this action after dismissal for the purpose of enforcing the private settlement agreement entered by the Parties.

Respectfully Submitted,

DATED: August 13, 2009

**KRONENBERGER BURGOYNE, LLP**

By: _____
Karl S. Kronenberger

Attorneys for Plaintiff,
ARMEN HOVHANNISYAN

DATED: August 10, 2009

**Defendant Dustin Zahrt**

By: _____
Dustin Zahrt

**IT IS SO ORDERED:**

DATED: August 17, 2009

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND ORDER TO DISMISS ZAHRT

1